**Order filed February 28, 2019.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-19-00031-CV
_____

**PEDIATRICS COOL CARE, JOSE J. SALGUERO, M.D. PA, JOSE J. SALGUERO, MA, JENELLE ROBINSON, PA-C, AND ALLYN KAWALEK, RN, FNP-BC, Appellants**

**V.**

**GINGER THOMPSON, INDIVIDUALLY AND AS THE REPRESENTATIVE OF THE ESTATE OF AVERY WASHINGTON (DECEASED), AND BRAD WASHINGTON, Appellees**

---

**On Appeal from the 40th District Court
Ellis County, Texas
Trial Court Cause No. 88970**

---

## ORDER

The reporter's record in this case was due **January 23, 2019**. *See* Tex. R. App. P. 35.1. On January 24, 2019, this court ordered the court reporter to file the

record within 30 days.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order **Michele McManus**, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.  The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed.  *See* Tex. R. App. P. 35.3(c).  If **Michele McManus** does not timely file the record as ordered, we may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM